UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARRY C. McANARNEY, as he is EXECUTIVE DIRECTOR, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LABORERS' ANNUITY FUND; and JAMES V. MERLONI, JR., as he is ADMINISTRATOR, NEW ENGLAND LABORERS' TRAINING TRUST FUND and TRUSTEE, MASSACHUSETTS LABORERS' LEGAL SERVICES FUND,<br><br>        Plaintiffs,<br><br>v.<br><br>UNIVERSAL CONSTRUCTION SERVICES, INC. in its own name and d/b/a MANNY CONSTRUCTION CO., ANA'S COMMERCIAL CLEANING, INC., GOMES COMMERCIAL CLEANING, INC. and UCS, INC.; JSX CONSTRUCTION COMPANY, INC. a/k/a JSX CONSTRUCTION COMPANY CORP. and CAPITAL CONSTRUCTION CLEANING SERVICES, INC.,<br><br>        Defendants,<br><br>and<br><br>SUFFOLK CONSTRUCTION COMPANY, INC., WALSH BROTHERS INCORPORATED, BOVIS LEND LEASE LMB, INC., TISHMAN CONSTRUCTION CORPORATION OF MASSACHUSETTS, KIRKLAND CONSTRUCTION CO., INC., SHAWMUT WOODWORKING & SUPPLY, INC. d/b/a SHAWMUT DESIGN AND CONSTRUCTION, WILLIAM A. BERRY & SON, INC. and TIMBERLINE CONSTRUCTION CORP.,<br><br>        Reach-and-Apply Defendants,<br><br>and<br><br>CITIZENS BANK, CENTURY BANK and BANK OF AMERICA,<br><br>        Trustees. | CIVIL ACTION No. 09-CV-12117-NG |

B3732140.1

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs hereby dismiss the Complaint with prejudice and without costs, waiving all rights of appeal.

*[signature]*
Anne R. Sills, BBO #546576
Segal Roitman LLP
111 Devonshire St., 5th Floor
Boston, MA 02109
(617) 742-0208 Ext. 232
Counsel for Plaintiffs

*[signature]*
Robert A. Fisher, BBO #643797
Foley Hoag LLP
155 Seaport Blvd.
Boston, MA 02210
(617) 832-1235
Counsel for Universal Construction Services, Inc. and UCS Services, Inc.

*[signature]*
Robert J. Harrington, BBO #566515
Law Offices of Robert W. Harrington, PC
One Washington Mall
Boston, MA 02108
(617) 248-0800
Counsel for Walsh Brothers, Inc.

*[signature]*
Edwin L. Hall, BBO #667276
Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116
(617) 523-2700
Counsel for Bovis Lend Lease LMB, Inc.

Date: March 17, 2010

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand-on and/or by CM-ECF.
*[signature]*
3/17/10